UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

vs.

KRYSTAL ASHLEY EWAN,
                Defendant.
_____

**MOTION FOR PERMISSION TO TRAVEL**
**12-CR-183**

MOTION MADE BY:   Defendant KRYSTAL ASHLEY EWAN, by her attorney, E. CAREY CANTWELL, ESQ., Ellicott Square Bldg., 295 Main Street, Suite 984, Buffalo, New York 14203.

RELIEF REQUESTED:   The defendant by her attorney E. Carey Cantwell hereby moves this court for an order granting travel permission.

Dated: October 6, 2015
       Buffalo, New York

                                      <u>s/ E. Carey Cantwell</u>
                                      E. Carey Cantwell, Esq.
                                      E. Carey Cantwell, P.C.
                                      984 Ellicott Square Bldg.
                                      295 Main Street
                                      Buffalo, New York 14203-2509
                                      Tel: (716) 853-1300
                                      Fax: (716) 853-1303

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

vs.  **AFFIRMATION**
  **12-CR-183**

KRYSTAL ASHLEY EWAN,
                    Defendant.
_____

      E. CAREY CANTWELL, Esq. affirms to be true and states under penalty of perjury as follows:

1. That he is the attorney for Krystal Ewan.

2. That Ms. Ewan is seeking permission to travel to the Eastern District of Michigan on the following dates:

   - Thursday, October 15, 2015 through Sunday, October 18, 2015;
   - Saturday, November 14, 2015 through Sunday, November 15, 2015;
   - Wednesday, November 25, 2015 through Sunday, November 29, 2015;
   - Saturday, December 26, 2015 through Saturday, January 2, 2016.

3. That she will travel by car and will stay with her husband at 8341 Chalfonte, Detroit, Michigan.

4. That I have contacted Assistant United States Attorney Carol Bridge and she consents.

5. That United States Pre Trial Services Officer Curtis Middlebrooks who is assigned to defendant, who has on prior occasions always consented to the travel has told me I do not have to ask him anymore.

WHEREFORE, it is respectfully requested that permission be granted for travel.

Respectfully submitted,

s/ E. Carey Cantwell

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KRYSTAL ASHELY EWAN,

        DEFENDANT.

Indictment No. 12-CR-183

## CERTIFICATE OF SERVICE

I, Nichelle Lowe hereby certify that on October 6, 2015, I electronically filed the foregoing Motion with the Clerk of the District Court using CM/ECF system which would then electronically notify all CM/ECF participants on this case.

   /s/ Nichelle Lowe
E. CAREY CANTWELL, P.C.
295 Main Street
984 Ellicott Square Building
Buffalo, New York 14203
Tel: (716) 853-1300
Fax: (716) 853-1303